PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | |
| vs.                          ) | **Docket Number: 2:87CR00039-002** |
| ) | |
| **ALBERT KINSEY**              ) | |
| ) | |

On December 11, 1991, the above-named was placed on Supervised Release for a period of 10 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ kam
**KAREN A. MEUSLING**
**Supervising United States Probation Officer**

Dated:     May 24, 2005
           Sacramento, California

Rev. 03/2005
PROB35.MRG

Re:     **Albert KINSEY**
        **Docket Number:   2:87CR00039-002**
        **ORDER TERMINATING SUPERVISED RELEASE**
        **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Date: May 25, 2005

```
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
```

KAM:kam

Attachment:   Recommendation

cc:   United States Attorney's Office

Rev. 03/2005
PROB35.MRG